November 16, 2004

Clerk of the Court
U.S. District Court - 3rd Circuit
U.S. Courthouse
Federal Building
228 Walnut Street
Harrisburg, PA 17108

Joseph Viggiano
16590-067 A
FCI - Milan
P.O. Box 1000
Milan, MI 48160

Re: Motion § 2241
1-CR-00-338-02
1-04-cv-0309

On September 16, 2004, I submitted for the Court's determination a Habeas Corpus Motion pursuant to § 2241. On September 24, 2004, I submitted Amendments to same.

If this Motion was not received by the Court, kindly advise and I shall re-submit same.

If this Motion has been received, please advise of status.

Thank you.

Respectfully,

