Clerk of the Court
U.S. District Court for the
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
Harrisburg, PA   17108

Joseph Viggiano
10590-067 A
FCI - MILAN
P.O. Box 1000
Milan, MI.   48160

RE: 1:CR-00-338-02 and
    1:04-cv-0309

    This letter is to inform the Court of a recent change in my correspondence address.

    All correspondence to me should be sent per the instructions on the accompanying sheet.

    I shall keep you informed as to any subsequent changes.

    Thank you.

Sincerely,

_____
Joseph Viggiano

3/7/05

**FILED**
HARRISBURG, PA

MAR 11 2005

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

Please stand advised that, effective on the date written below, any and all correspondence to the undersigned should be addressed as follows;

        Mr. Joseph Viggiano
c/o Ms. Robyn Aeschbacker
        6988 McKean Road
        # 195
        Ypsilanti, MI  48197

Thank you for your attention to this matter.

_____                March 18/2005
Joseph Viggiano

Joseph Viggiano
NAME
10590-067 A
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
BOX 1000
MILAN, MICHIGAN 48160

LEGAL MAIL

CLERK OF THE COURT
U.S. District Court for the
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17108

17108+3901