**FILED**
HARRISBURG, PA

MAR 2 5 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Fri Mar 25 10:20:21 2005

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   111 142968
Cashier       camille

Check Number:  0094

DØ Code    Div No
4667        1

| Sub Acct Type | Tender | Amount |
|---|---|---|
| 1:510000   N | 2 | 150.00 |
| 2:086900   N | 2 | 100.00 |

Total Amount      $    250.00

ROSLYN SAVINGS BANK, 2641 MERRICK R
D. BELLMORE, NY 11710

    PARTIAL FILING FEE FOR APPEAL IN 00
-CR-338 VIGGIANO

bn

Fri Mar 25 10:21:59 2005

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   111 142969
Cashier       camille

Tender Type  CHECK

Check Number:  0093

Transaction Type   N

DØ Code    Div No      Acct
4667        1        086900

Amount            $    5.00

ROSLYN SAVINGS BANK, 2641 MERRICK R
D., BELLMORE, NY 11710

    PARTIAL FILING FEE FOR APPEAL IN 00
-CR-338 VIGGIANO

bn