DPS-255                                                                                                May 26, 2005

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **05-1812**

UNITED STATES of AMERICA

v.

JOSEPH VIGGIANO
(M.D. Pa. Crim. No. 00-cr-00338)
(Criminal treated as civil)

Present:   ROTH, BARRY and SMITH, Circuit Judges

Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

in the above-captioned case.

> Respectfully,
> Clerk

MMW/JIB/as/rls

_____ORDER_____

The foregoing request for a certificate of appealability is denied because, for essentially the same reasons as those set forth by the District Court, the Appellant has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

> By the Court,
>
> /s/ D. Brooks Smith
> Circuit Judge

Dated: August 22, 2005
RLS/cc: JV
      GADZ

A True Copy:

Marcia M. Waldron, Clerk