| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:CR-00-338-02 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joseph Viggiano<br>6988 McKean Road, #195<br>Ypsilanti, MI 48197 | Middle District/PA | Harrisburg |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Yvette Kane, United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 06/24/05 — TO 06/23/08 |

OFFENSE
18 USC § 371 - Conspiracy To Commit Mail and Wire Fraud

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Pennsylvania__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Eastern District of Michigan</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/22/05 _Date_         _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __Michigan__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
HARRISBURG, PA
SEP 06 2005
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

8/31/05 _Effective Date_         _United States District Judge_